SABALIER, PLAINTIFF AND APPELLEE, *v.* IGLESIAS ET AL., DEFENDANTS.—ABELLA, INTERVENOR AND APPELLANT.

APPEAL from the First District Court of San Juan in an Action for the Annulment of a Contract.—*In Re* Administration.

No. 3229.—Decided July 9, 1924.

INTERVENTION. — Intervention will not be permitted when it is moved for after trial and judgment.

The facts are stated in the opinion.

*Messrs. L. Abella Blanco* and *L. Muñoz Morales* for the appellant.

*Messrs. L. Feliú* and *J. Soto Rivera* for the defendants.

*Messrs. R. Rivera Zayas* and *F. H. Dexter* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

After the trial of an action prosecuted by Bernabé Sabalier against Santiago Iglesias Pantín and the Bank of San Juan judgment was rendered for the plaintiff on April

20, 1923, from which an appeal was taken. Thereafter, and by reason of an administration decreed in that action the plaintiff personally moved the trial court to strike from the record the name of Luis Abella Blanco as his attorney. The court sustained the motion on October 25, 1923, and the said attorney moved for a reconsideration. Later he made another motion for leave to intervene in the action as party plaintiff.

Both motions were overruled on November 28, 1923. From this ruling attorney Luis Abella Blanco appealed, attacking the order of November 28, 1923, overruling his motion to be included as a party plaintiff.

Therefore, there is no question before us but the refusal of the court to include the said attorney as party plaintiff in the action.

According to section 72 of the Code of Civil Procedure, every motion for intervention must be made before the trial; therefore, the motion in this case having been made after trial and judgment rendered, the trial court did not err in making the order appealed from. *Pillot* v. *Pillot*, 21 P.R.R. 188.

The order appealed from must be

*Affirmed.*

Justices Hutchison and Franco Soto concurred.

Chief Justice Del Toro and Justice Wolf took no part in the decision of this case.